**Order entered August 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01659-CV

### ESTATE OF CLOYD D. YOUNG, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. Pr-09-02344-1**

## ORDER

The Court has before it appellant Vivian Young's August 13, 2013 unopposed motion to

extend time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply

brief be filed by September 4, 2013.

/s/ ELIZABETH LANG-MIERS
   JUSTICE